**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SIDEMAN & BANCROFT LLP,<br><br>　　　　　Respondent. | CV11 0736 WHA<br><br>**ORDER STAYING ORDER GRANTING PETITION PENDING APPEAL** |

Upon application of the Respondent, the Court's Order Granting the Petition to Enforce Internal Revenue Service Summons filed April 8, 2011 is stayed pending the final resolution of Respondent's appeal to the Ninth Circuit.

DATED: April 13, 2011.

_/s/ William Alsup_
Judge William Alsup