IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SIDEMAN & BANCROFT, LLP,<br><br>    Defendant.<br>_____ / | No. C 11-00736 WHA<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

The government moves for leave to file a motion for reconsideration of the order granting a stay pending appeal of the order granting the government's petition to enforce an IRS summons. Pursuant to Civil Local Rule 7-9, a motion for leave to file a motion for reconsideration must make a specific showing on any ground set forth in Rule 7-9(b). The government's submission, however, does not present a material difference in fact or law from that which was presented previously, the emergence of new material facts or a change of law since that time, or a manifest failure by the Court to consider material facts or dispositive legal arguments. Therefore, the government's motion for leave to file a motion for reconsideration is **DENIED**.

    **IT IS SO ORDERED.**

Dated: April 25, 2011.

                                                                     WILLIAM ALSUP<br>                                                                    UNITED STATES DISTRICT JUDGE